# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARON LEFLORE

NO. 2023 KW 0317

**JULY 5, 2023**

---

In Re: Jaron Leflore, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. UP-18880.

---

**BEFORE: LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documentation regarding his arrest, continued custody, bond obligation, the bill of information, if filed, and other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 31, 2023. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT